IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FOSTER,

      Plaintiff,                    No. CIV S-06-1127 DFL PAN P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.              <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 27, 2006.

                                             /s/ John F. Moulds
                                      UNITED STATES MAGISTRATE JUDGE

14/mp
fost1127.59